Charles W. Weese, Esq.
DUCKER, MONTGOMERY, LEWIS & BESS, P.C.
1560 Broadway, Suite 1400
Denver, Colorado 80202
(303) 861-2828
(303) 861-4017 Fax
cweese@duckerlaw.com

Molly Malone Rezac, Esq.
JONES VARGAS
100 W. Liberty Street, 12th Floor
Reno, NV 89501
(775) 329-6373
(775) 329-2414 Fax
mmr@jonesvargas.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAULA EVANS, | CASE NO.: 10:CV-00576-RCJ-RAM |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| JACOBS ENTERTAINMENT INC., GOLD DUST WEST CASINO, INC., | |
| Defendant. | |

Plaintiff Paula Evans ("Plaintiff") and Defendant Jacobs Entertainment, Inc./Gold Dust West Casino, Inc. ("Defendant"), jointly and by and through their respective counsel, hereby stipulate to the dismissal of all claims which were brought or could have been brought in this action, with prejudice, and state as follows:

1. The parties have come to full and final agreement concerning the settlement of all claims asserted in this action or which could have been asserted in this action.

2. The parties, by their undersigned counsel, hereby stipulate to the dismissal of all claims in this matter, with prejudice, with each party to bear their own costs and attorneys' fees.

1

1   DATED this 14th day of April, 2011.

**APPROVED AS TO FORM AND CONTENT**

/s/ *Kenneth J. McKenna*  /s/ *Charles W. Weese*
Kenneth J. McKenna        Charles W. Weese
Law Office of Kenneth J. McKenna   DUCKER, MONTGOMERY, LEWIS & BESS, P.C.

Attorney for Plaintiff

/s/ *Molly Malone Rezac*
Molly Malone Rezac
JONES VARGAS

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Ducker, Montgomery, Lewis & Bess, P.C. and that on this date, pursuant to FRCP 5(b), I am serving a true copy of the foregoing on the party(s) set forth below by:

___X___        E-Service effected by CM/ECF

Addressed as follows:

    Kenneth McKenna
    Law Office of Kenneth J. McKenna
    544 W. First Street
    Reno, NV  89503

DATED this 14th day of April, 2011.

                                    /s/ *Brenda Trujillo*_____
                                    Ducker, Montgomery, Lewis & Bess, P.C.